HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HARVEY,<br><br>            Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner,<br>Social Security Administration,<br><br>            Defendant. | No. C06-00020 JW<br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Thursday, August 31, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: August 18, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: August 18, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>PATRICIA HARVEY |

IT IS SO ORDERED.

Dated: August 22, 2006

HON. JAMES WARE
United States District Judge

2

STIPULATION AND ORDER