HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA HARVEY, | ) | No. C06-00020 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, October 2, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |
| Dated: August 29, 2006 | /s/<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: August 29, 2006 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>PATRICIA HARVEY |

IT IS SO ORDERED.

Dated:  8/31/06

HON. JAMES WARE
United States District Judge

2

STIPULATION AND ORDER